Aaron Kaufmann, SBN 148580
David Pogrel, SBN 203787
Giselle Olmedo, SBN 294750
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
akaufmann@leonardcarder.com
dpogrel@leonardcarder.com
golmedo@leonardcarder.com

James M. Finberg, SBN 114850
Eve H. Cervantez, SBN 164709
Matthew J. Murray, SBN 271461
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
jfinberg@altshulerberzon.com
ecervantez@altshulerberzon.com
mmurray@altshulerberzon.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID AHMAD, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>EGL, INC., et al.,<br><br>          Defendants. | Case No. 2:16-cv-02199-WBS-EFB<br><br>**ORDER GRANTING LEAVE TO AMEND COMPLAINT** |

1. Plaintiffs may amend their complaint in this action to add Alan Fukushima, Chapter 7 Bankruptcy Trustee for Mario Jaimez, as an additional plaintiff.
2. Plaintiffs may also amend their complaint in this action to remove the Plaintiffs Benjamin LaMoure and Tom Lowe, who have dismissed their claims by stipulation.
3. Plaintiffs shall file their Second Amended Complaint within seven days of the Court's execution of this order.  Defendant shall have 15 days to answer or otherwise respond to the Second Amended Complaint.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

**Dated:  October 24, 2016**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE