James M. Finberg, SBN 114850
Eve H. Cervantez, SBN 164709
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
Email:  jfinberg@altshulerberzon.com
        ecervantez@altshulerberzon.com
        mmurray@altshulerberzon.com

Aaron Kaufmann, SBN 148580
David Pogrel, SBN 203787
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email:  akaufmann@leonardcarder.com
        dpogrel@leonardcarder.com
        golmedo@leonardcarder.com

*Attorneys for Plaintiffs*

*Attorneys for Defendants on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID AHMAD, et al.,<br><br>       Plaintiffs,<br><br>vs.<br><br>EGL, INC., et al.,<br><br>       Defendants. | Case No. 2:16-cv-02199-WBS-EFB<br><br>**[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE** |

Fraser A. McAlpine, SBN 248554
Douglas G.A. Johnston, SBN 268880
Nicole E. Forde, SBN 289567
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
Email: Fraser.Mcalpine@jacksonlewis.com
          Douglas.Johnston@jacksonlewis.com
          Nicole.Forde@jacksonlewis.com

*Attorneys for Defendants EGL, Inc. and CEVA Freight, LLC*

1

[PROPOSED] ORDER GRANTING CONTINUANCE OF  STATUS CONFERENCE
Case No. 2:16-cv-02199-WBS-EFB

1    1.  The Status (Pretrial Scheduling) Conference for scheduled in this matter for

2         January 30, 2017 at 1:30PM is hereby continued to February 27, 2017 at

3         1:30 PM.

4    **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

5

6    Dated:  January 23, 2017

7                                                    _____

8                                                    WILLIAM B. SHUBB
                                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING CONTINUANCE OF  STATUS CONFERENCE
Case No. 16-cv-03953-JCS