James M. Finberg, SBN 114850
Eve H. Cervantez, SBN 164709
ALTSHULER BERZON 177 Post Street, Suite 300
San Francisco, California Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jfinberg@altshulerber.com
       ecervantez@altshulerberzon.com
       mmurray@altshulerberzon.com

Aaron Kaufmann, SBN 148580
David Pogrel, SBN 203787
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: akaufmann@leonardcarder.com
       dpogrel@leonardcarder.com
       golmedo@leonardcarder.com
Attorneys for Plaintiffs

Fraser A. McAlpine (SBN 248554)
Douglas G. A. Johnston (SBN 268880)
Nicole E. Forde (SBN 289567)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone     415.394.9400
Facsimile:    415.394.9401
Email:        fraser.mcalpine@jacksonlewis.com
              douglas.johnston@jacksonlewis.com
              nicole.forde@jacksonlewis.com

Attorneys for Defendants
EGL, INC. and CEVA FREIGHT, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID AHMAD, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:16-cv-02199-WBS-EFB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge:   Hon. William B. Shubb |

1

WHEREAS, the Court granted a continuance of the January 30, 2017 status conference to February 27, 2017;

WHEREAS, the parties have reached a settlement on behalf of all Plaintiffs;

WHEREAS, Plaintiffs are not in a position to dismiss the action at this time because the settlement reached on the claims of Plaintiffs Mario Jaimez and Alan Fukushima/Trustee for the bankruptcy estate of Mario and Nitze Jaimez are subject to approval of the bankruptcy court.

WHEREAS, Plaintiffs expect to be able to file dismissals of all claims for all plaintiffs, with prejudice, no later than March 31, 2017.

WHEREAS, the precise date of dismissal is unknown until the bankruptcy court rules on the motion for approval of settlement;

THEREFORE, the parties stipulate and agree, through their counsel of record as follows:

The parties request a continuance of the schedule conference to April 24, 2017 at 1:30 P.M. or a date and time thereafter that is convenient for the Court.

Respectfully Submitted,

Dated: February 17, 2017

LEONARD CARDER, LLP
ALTSHULER BERZON, LLP


By:   /s/ James M. Finberg
     James M. Finberg
     Attorney for Plaintiffs

Dated: February 17, 2017     JACKSON LEWIS P.C.


By:   /s/ Fraser A. McAlpine
     Fraser A. McAlpine
     Attorneys for Defendants
     EGL, INC. and CEVA LOGISTICS, INC.

## **ATTESTATION**

      I hereby attest that the other signatory listed, on whose behalf the filing is submitted concurs in the filing's context and has authorized the filing.

Dated: February 17, 2017             By:   /s/ Fraser A. McAlpine
                                                                Fraser A. McAlpine
                                                                Attorney for Defendants

**STIPULATION TO CONTINUE STATUS CONFERENCE**         Case No. 2:16-CV-02199-WBS-EFB

# **ORDER**

The Status (Pretrial Scheduling) Conference scheduled in this matter for February 27, 2017 at 1:30 P.M. is hereby continued to April 24, 2017 at 1:30 P.M.  A Joint Status Report shall be filed no later than April 10, 2017.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**.

Dated:  February 17, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4815-8411-9107, v. 1

4