UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID AHMAD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EGL, INC., a Texas Corporation, and CEVA Freight, LLC, a Delaware Corporation, et al., <br><br> Defendants. | Case No. 2:16-cv-02199-WBS-EFB <br><br> ORDER OF DISMISSAL OF ALL CLAIMS BY ALL PLAINTIFFS, WITH PREJUDICE |

1. All claims asserted by and behalf of Plaintiffs Shahid Ahmad, Tabresh Begg, Tauheed Begg, Christopher Collins, Mario Jaimez, Mohammed Khan, Benjamin LaMoure, Tom Lowe, Paul Mutengu, Roderick Neal, Charanjit Nijjar and Alan Fukushima, Chapter 7 Bankruptcy Trustee for Mario Jaimez are hereby dismissed, with prejudice.

2. Each party will bear its own attorneys' fees and costs related to the claims in this matter, AND as provided by their settlement agreements.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 6, 2017

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE